# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:07-cr-10-3-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| KALEIBA SHONNTA BOULER | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 81) for "further reduction" of her sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** As stated in Document #79 and 80, the defendant is not eligible for a sentence reduction. The application of Amendment 750 provides no change in the guideline calculations in this case.

**IT IS SO ORDERED**.

Signed: March 6, 2012

Frank D. Whitney
United States District Judge